**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                                          NOT FOR CITATION

9                          IN THE UNITED STATES DISTRICT COURT

10                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   THEOPRIC K. BLOODSAW,                )        No. C 08-04947 JF (PR)
                                          )        No. C 08-05013 JF (PR)
13                Plaintiff,              )        No. C 08-05014 JF (PR)
                                          )
14        vs.                             )        ORDER OF DISMISSAL;
                                          )        DENYING APPLICATIONS TO
15   ROBERT A. HOREL, et al.,             )        PROCEED *IN FORMA PAUPERIS*
                                          )
16                Defendant(s).           )
                                          )
17   _____ )

18

19        Plaintiff, a California state prisoner and frequent litigant in this Court, filed

20   three documents, the first one on October 29 and the other two on November 3,

21   2008, which the Clerk of the Court construed as civil rights complaints under 42

22   U.S.C. § 1983 and filed in three new cases with the above-captioned case numbers.

23   Although the documents were form civil rights complaints, Plaintiff indicated

24   thereon that they were in fact responses to orders to show cause that the Court had

25   issued in Plaintiff's prior cases.[1]  The Court has addressed these responses in a

26   separate order filed in those cases.

27        As the above-captioned cases were inadvertently opened based on filings that

28

        [1] Case Nos. 08-3156, 08-315, 08-3621, 08-3622, 08-3724, 08-3772, and 08-3855.
Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw4947.5013.5014_dismissal.wpd

1   are not a complaint or other pleadings intended to be filed in new matters, the above-

2   captioned cases are hereby DISMISSED.  Plaintiff is not required to pay a filing fee

3   in either of the above-captioned cases, and his applications to proceed in forma

4   pauperis filed therein are DENIED as moot.

5           The Clerk shall close the files and terminate all pending motions.

6           IT IS SO ORDERED.

7

8   DATED: _____11/14/08_____          _____

9                                          JEREMY FOGEL
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw4947.5013.5014_dismissal.wpd  2